# EXHIBIT 3

# McKenzie County Training Presentation

# ELECTION DAY DUTIES

## ND General Election
## Absentee Precinct
## November 6, 2018

1

# AUDITOR'S OFFICE
## 444-3616 Ext. 3

Erica Johnsrud

McKenzie County Auditor/Treasurer

Cell: 701-580-2753

Team Members: Michelle Thomsen,

Dawn Tschetter

Debbie Johnston, & Cindy Glover

2

# ELECTION BOARD

- Qualifications:

  - <span style="color:red">Qualified elector</span>

    - U.S. Citizen
    - 18 years old
    - ND Resident; **<u>AND</u>**
    - Has resided in the precinct at least 30 days prior to the election at which he/she is voting.

  - <span style="color:red">Not a candidate</span>
  - <span style="color:red">Not a relative of a candidate</span>

    - Spouse, child, brother or sister, by blood or marriage

3

# Duties Prior to Election Day

- Read the Election Officials Manual
- Attend Election Training
- Contact Erica with any questions or concerns you may have

# Duties on Election Day

- Arrive at polls at least an hour early
- Open supplies and check against inventory sheet in the supply envelope
- **Take Oaths at front of Poll Book**
- Open & count ballots (2 people count each stack & verify with each other)
- Record number of ballots on Statement of Ballots sheet in Poll Book

4

# Oaths

STATE OF NORTH DAKOTA
COUNTY OF MCKENZIE

At the _____ Election held on _____ in _____
Precinct, McKenzie County, the polls of said election being opened at _____, the following oath was taken by the Inspector, Judges and Clerks of election:

I, _____ do solemnly swear (or affirm) that I will perform the duties of Inspector of Election according to law and to the best of my ability, that I will studiously endeavor to prevent fraud, deceit and abuse in conducting the same.

I, _____ do solemnly swear (or affirm) that I will perform the duties of Judge of Election according to law and to the best of my ability, that I will studiously endeavor to prevent fraud, deceit and abuse in conducting the same.

I, _____ do solemnly swear (or affirm) that I will perform the duties of Judge of Election according to law and to the best of my ability, that I will studiously endeavor to prevent fraud, deceit and abuse in conducting the same.

I, _____ do solemnly swear (or affirm) that I will perform the duties of Clerk of Election according to law and to the best of my ability, that I will studiously endeavor to prevent fraud, deceit and abuse in conducting the same.

I, _____ do solemnly swear (or affirm) that I will perform the duties of Clerk of Election according to law and to the best of my ability, that I will studiously endeavor to prevent fraud, deceit and abuse in conducting the same.

I hereby certify that the above oath was administered by me to _____

_____ Judges and Clerks of Election, and subscribed by them in my presence previous to opening the polls.

I hereby certify that the above oath was administered by me to _____ Inspector of Election, and subscribed by him/her in my presence previous to opening the polls.

NOTE - In case there shall be no officer authorized to administer an oath present at opening of polls, the Inspector and Judges of Election are empowered to administer the oaths to each other and to the Clerks of Election.

5

# Statement of Ballots Received and Returned

STATEMENT OF BALLOTS RECEIVED AND RETURNED

Polling Location - General Election, November 6, 2018

|  |  | Four Bears 01.1 | Mandaree 02.1 | Yellowstone 3.1 | Sioux 4.1 | Alexander 5.1 | Arnegard 6.1 | Bennie Pierre 7.1 | Rhoades 8.1 | Ideal/Schafer 9.1 | Watford City 11.1 | Blue Buttes 12.1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From Auditor | Consolidated Ballots |  |  |  |  |  |  |  |  |  |  |  |
| From Auditor | Additional |  |  |  |  |  |  |  |  |  |  |  |
| **Total Received** |  |  |  |  |  |  |  |  |  |  |  |  |
| Returned | Ballots Cast |  |  |  |  |  |  |  |  |  |  |  |
| Returned | Ballots Spoiled |  |  |  |  |  |  |  |  |  |  |  |
| Returned | Ballots Voided |  |  |  |  |  |  |  |  |  |  |  |
| Returned | Ballots Unused |  |  |  |  |  |  |  |  |  |  |  |
| **Total Returned** |  |  |  |  |  |  |  |  |  |  |  |  |

(Total Received and Total Returned must be the same)

STATE OF NORTH DAKOTA

COUNTY OF MCKENZIE

We hereby certify that the above is a correct statement of Ballots received and returned for the General Election held on this 6th day of November 2018.

_____ Inspector

_____ Judge

_____ Judge

# Prepare M100 Ballot Scanner

- Refer to handout – **Model M100 Election Day Checklist** (extra in supply box)

- **Check that ballot boxes are empty**

- **Place stickers over both left & right side ballot boxes**

- **DO NOT TEAR OFF THE TAPE THAT PRINTS** (verify info for accuracy & zeros)

7

# ABSENTEE BALLOTS

## Judges/Inspector

- Compare signatures on application & return envelope.
- Verify that voter is a qualified elector
- Open absent voter's white envelope.
- Remove manila secrecy envelope & set aside.
- Place application inside of the absent voter's envelope.
- Keep ballots separate by precinct so that you have an accurate count for the ballot statement.
- Once all absent voter ballots have been opened – initial the ballot
- Count the *Number of Ballots by Precinct* and record the number of ballots on Statement of Ballots in Poll Book by precinct.

**Do not include unopened absentee ballot in your ballot count.**

8

# Absentee Application & Envelope Voter Affidavit



**ABSENTEE/MAIL BALLOT APPLICATION**
SECRETARY OF STATE
SFN 51464 (06/2015)

09 - BALLOT Odra/Schafer
ERICA DAWN JOHNSRUD
2312 120TH AVE NW
WATFORD CITY ND 58854-9260

For reference, see North Dakota Century Code, Chapter 16.1-07.

Application must be for at least one of the following elections:

☒ June (Primary) Election
☐ November (General) Election

☐ All Statewide Elections (you check if ballot delivery address will be the same for all elections)

☐ City Election
☐ School Election
☐ Special Election

OR

**Applicant Information: (ALL FIELDS REQUIRED)**

Voter's Name: ERICA JOHNSRUD

Date of Sign: 08/01/1918

Daytime Telephone Number: 701-570-0441

**North Dakota ID Type Used:** (check one)
☒ Driver's License
☐ Non-driver's ID
☐ Passport or Military ID (only for voters outside the United States)

☐ Long Term Care Certificate (include with application!)
☐ Tribal ID
☐ Applicant Without ID*

ID Number (required only if driver's license, non-driver's ID, tribal ID, passport or military ID is selected above)

3312 120th Ave NW - 0237

Residential Address: 3312 120th Ave NW
City: Watford City
State: ND
ZIP Code: 58854

Ballot Delivery Address (if different from residential address)
City: 
State: 
ZIP Code: 

I do solemnly affirm that I have resided or will reside in the precinct, where my residential address next preceding the election and will be a qualified elector of the precinct.

**Signature (required)**



**Applicant Unable to Sign:**
If the applicant is unable to sign the applicant's name, the disinterested individual (X) or the presence of a disinterested individual. The disinterested individual shall print his or her signature stamp below the "X" or signature and shall sign the disinterested individual notation "witness to the mark."

**Voter's Mark**

Printed Name of Person Making Mark's or Voter's Signature

Signature of "Witness to the Mark"

**Applicant Without ID:**
If the applicant does not possess an approved form of identification, the individual must present... of that precinct by signing below and providing his or her approved North Dakota attest the qualifications of more than four applicants in an election.

Printed Name of Attester

Signature of Attester

**Active Military and Overseas Voter:**

Check **ONE** (if applicable)
☐ Citizen living outside of the United States
☐ Uniformed service or family member living away from the voter's residence, yet **within** the U.......
☐ Uniformed service or family member living away from the voter's residence, yet **outside** the United States

If one of the check boxes above applies to you, please indicate your preferred ballot delivery method.
☐ Mail     ☐ Email (provide email address)     ☐ Fax (provide fax number)

**Mail or Submit to the Auditor of Your County of Residence or Appropriate Election Officer**

**VOTER AFFIDAVIT**

Under penalty of possible criminal prosecution for making a false statement, I swear that I am a U.S. citizen, have resided in my precinct, and this is the only ballot I will cast in this election.

Voter Signature:
Date: 5/15 20 16



**Instructions.** Seal your ballot in the envelope • Fill out and sign this affidavit • Mail or deliver to County Auditor

09 - BALLOT Odra/Schafer
ERICA DAWN JOHNSRUD
2312 120TH AVE NW
WATFORD CITY ND 58854-9260

Witness to the Mark
Voter X Name

9

# ABSENTEE BALLOTS (cont.)

- Reject Ballots if:
  - Not a qualified elector
  - Signatures don't match
- Write reason for rejecting on envelope
- DO NOT OPEN
- Do not include in ballot count

10

# ABSENTEE BALLOTS (cont.)

- **Clerks:** Verify name and address in poll book
  - Write "AB" (Absentee Ballot) if not already printed on report
  - Clerk initials voter record in Poll Book.

- **Judges/Inspector:** Initial ballot(s) and Scan each ballot.
  - **Scanner Error = Cross Over or Over Vote**

    **Press "COUNT AS MARKED" button**
  - **Scanner Error = Blank Ballot**

    **Press "RETURN BALLOT" button**

    Examine ballot and either fill in ovals if marked with "X" or with the another judge create a "Duplicate 1" ballot, labeling original ballot as "Original 1" at the top of the ballot. Scan the duplicate ballot pages and place the original ballot pages in the "Spoiled" ballot envelope.

  - **UOCAVA ballots need to be duplicated at each precinct**
    - **UOCAVA = Uniformed and Overseas Citizens Absentee Voting Affidavit**
    - **Keep voter's vote confidential**

11

# Election Day Additional Tracking

- Election Equipment Issues

## ELECTION DAY TRACKING

(Place X in box that applies)

| Precinct | Individual's Name | Voter Turned Away because… | | | | | Individual Voted Using… | | | Track Ballot Scanner failures during Election Day here (examples include jams or any issue that causes machine to be delayed, shut down, replaced, etc.) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Address outside Precinct | Voter has not lived in precinct for 30 days | Not a North Dakota Resident | Not a U.S. Citizen | No RESIDENTIAL address on ID - No way to prove physical address | Voter Used SUPPLEMENTAL Information and VOTED | Voter Used SET ASIDE ballot | Voter Used Tribal Letter/ID Issued at Polling Location | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |



INSPECTOR OR JUDGES - Initial the ballot(s) at bottom right corner

# DUTIES AFTER THE POLLS CLOSE

- Polls close at 7:00 pm – cannot process any results until 7:00 pm
  - All ballots can be fed into the scanner at any time before 7:00 pm
  - Results tapes cannot be run until 7:00 pm
- Check for any absentee ballots left to process

14

# BALLOT COUNTS - VOTED

- **VOTED BALLOTS – Left Side of Ballot Box**

- Remove ballots from left side of ballot box

- Sort by precinct

- Count ALL ballots & note how many pages of each precinct you counted

15

# BALLOT COUNTS (continued)

- **VOTED BALLOTS – Right Side of Ballot Box**

  **Contains Ballots With WRITE-INS**

  - Remove ballots with Write-ins from right side of ballot box

  - Sort by precinct & count

  - Add the number pages from right bin (write-ins) to the number from the left side of the ballot box noted on a note pad

  - **Set aside Write-in ballots for Tabulation**

16

# BALLOT COUNTS (VOTED)

- VOTED BALLOTS

- Total number of pages from both Left & Right Sides of Ballot Box added together should match the number of voters on the M100 display and in the Poll Book

- You <u>MUST</u> resolve any differences before proceeding to the next step.

17

# Sample Ballot Statement & Poll Book Certificate

## STATEMENT OF BALLOTS RECEIVED AND RETURNED

Polling Location - General Election, November 6, 2018

| | | Four Bears 01.1 | Mandaree 02.1 | Yellowstone 3.1 | Sioux 4.1 | Alexander 5.1 | Arnegard 6.1 | Bennie Pierre 7.1 | Rhoades 8.1 | Ideal/Schafer 9.1 | Watford City 11.1 | Blue Buttes 12.1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From Auditor | Consolidated Ballots | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1000 | 1000 | 100 |
| | Additional | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| | **Total Received** | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1000 | 1000 | 100 |
| From Auditor | Returned Ballots Cast | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 500 | 500 | 50 |
| | Returned Ballots Spoiled | 10 | 5 | 5 | 5 | 10 | 5 | 10 | 5 | 10 | 5 | 10 |
| | Returned Ballots Voided | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| | Returned Ballots Unused | 37 | 42 | 37 | 42 | 37 | 42 | 37 | 42 | 487 | 492 | 42 |
| | **Total Returned** | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1000 | 1000 | 100 |

*total = 1450*
*Out*

(Total Received and Total Returned must be the same)

STATE OF NORTH DAKOTA
COUNTY OF McKENZIE

We hereby certify that the above is a correct statement of Ballots received and returned for the General Election held on this 6th day of November 2018.

_____ Inspector

_____ Judge

_____ Judge

## STATE OF NORTH DAKOTA
## COUNTY OF McKENZIE

## POLLBOOK CERTIFICATE

As Inspector, Judges and Clerks of the General Election held on November 6, 2018 at the polling place of *Mandaree Community Center* in *Mandaree*, McKenzie County, North Dakota, we certify that the attached pages are one of the original Poll Books for said election in said vote center.  The number of voters in this vote center for this election was *1450* which number agrees with the number of ballots in the ballot box at the close of the polls.

Signed in the presence of each other this November 6, 2018.

_____ Inspector

_____ Judge

_____ Judge

_____ Clerk

_____ Clerk

# WRITE-IN VOTES

- **WRITE IN VOTES Required to be Tallied**
  - Count all eligible candidates for county races
  - Do not count for any state or judicial races except certified write in candidates:
    - Representative in Congress: DuWayne Hendrickson
    - Ag Commissioner: Roland Riemers
- Tally Write-in Votes only for VALID CANDIDATES
  - Qualified voters
  - Not fictional characters
  - Qualified for the office, if required

19

# WRITE-IN VOTES (continued)

TALLY LIST - WRITE-IN VOTES

Canvassed in _____

Precinct for the _____

(Count Votes Thus: |||| )

Election held on _____

| Name of Office | Names of Persons Voted For | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 5 | 10 | | | | | |
| | | 5 | | | | | | |
| | | 5 | 20 | | | | | |
| | | 5 | | | | | | |
| | | 5 | 30 | | | | | |
| | | 5 | | | | | | |
| | | 5 | 40 | | | | | |
| | | 5 | | | | | | |
| | | 5 | 50 | | | | | |
| | | 5 | | | | | | |
| | | 5 | 60 | | | | | |
| | | 5 | | | | | | |

# WRITE-IN VOTES (continued)

**CERTIFICATE OF WRITE-IN VOTES**

OFFICIAL CANVASS  At the _____ Election held in _____ the following named
Precinct, County of McKenzie, State of North Dakota, on _____
persons received votes as follows:

| Name of Office | Names of Persons Voted For | No. Of Votes in Numbers | Number of Votes Received (Write the number of votes out in words) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

STATE OF NORTH DAKOTA
COUNTY OF McKENZIE

We, _____ Inspector

and _____ and _____ Judges,

and _____ and _____ Clerks, do

hereby certify the above abstract of write-in votes cast in the _____ Election held on _____

_____ in _____ Precinct, McKenzie County, State of
North Dakota.

- Certify the write ins on the Official Canvass

  – Be sure to sign the certificate

- If no write ins, please so state and sign the certificate

21

# END OF DAY / WRAP UP

- Wrap voted and counted ballots
  - Include those with write ins
- Complete the ballot statement
  - Be sure that the numbers all balance
  - Sign as indicated
- Finish wrapping and sealing the various types of ballots
- Time to double check forms
  - Oaths of Office
  - Statement of Ballots Received and Returned
  - Poll Book Certificate
  - Official Canvass of Write ins
- **Double check all yellow forms for complete signatures**

22

# ELECTION WAGES

- Temporary Employees
- Complete W4 and I-9 form
- Checks ready Friday, November 16

**Pay for this Election:**

- Polling places less than 50 miles from Watford City
  - **Inspector $275        Clerks & Judges $225**
    - (Watford City & Absentee Polling Locations)
- Polling places more than 50 miles from Watford City
  - **Inspector $350        Clerks & Judges $275**
    - (Mandaree & Cartwright Polling Locations)

**\*\*This includes $50 for attending election training which will be deducted if worker does not attend.**

23

# IMPORTANT REMINDERS

- Ballot must be initialed by inspector or one of the judges

- Sign Oaths of Office

- Inspect ballot box and seal it before processing ballots

24

# ELECTION WORKER DO'S

- Compare ballot totals to poll book numbers

- Return all materials to the County Auditor

- Report suspected violations to the Auditor or the State's Attorney

- Ask if you have questions or concerns

25

# ELECTION WORKER DON'TS

- Don't wear campaign buttons or badges or clothing
- Don't leave the polling place while working as an election official
- Don't allow anyone to interfere with the voting process
- Don't accept absentee ballots from anyone except the County Auditor or her agent

26

# THANK YOU!

## for participating in the election process.

### We can't do it without all of you!

# Mercer County Guidance

**ELECTION BOARD DUTIES**
General Election November 6, 2018

Duties Prior to Election Day

1) Read Tan handbook.

2) **INSPECTORS**—Check supply bag to ensure that all necessary supplies have been provided  and call the County Auditor to have precinct doors unlocked at the time you plan to arrive.

Duties on Election Day

1) Get correct time (your cell phone) and set precinct clock to this time.

2) Arrive at polls <u>at least 45 minutes</u> before the polls open.

3) Set up registration table and chairs - Assemble voting booths.

**4) Turn on M100 Scanner – follow M100 check list for OPENING the POLLS** sign zero total report and leave in scanner.

5) Open supplies
   a) Take Oaths and sign (inside poll books).
   b) Post 3 sample ballots, post 5 analysis\complete text of measures, and post 4 precinct maps.
   c) Voting instructions and election offenses shall be posted, also post red "stop" sign.
   d) Remove ballots from ballot box, count and record number on ballot certification sheet provided.  Please note that the number written on the plastic wrap surrounding the ballots will likely not be correct - so please count each stack.

6) MAKE SURE BALLOT BOX IS EMPTY (both Judges to witness), then lock all openings **(see M100 checklist)**.  It must be locked the entire day, except to settle ballots.

7) Declare that the polls are open at appointed time.

8) As voters enter:
   a) Greet the voter by asking for name and **I.D.**
   b) Record their names in <u>both</u> poll books, and announce name aloud.
          **INK ONLY**
   c) # INITIAL THE BALLOT - RED INK
   d) Place ballot in secrecy sleeve and give to voter.  Hand the voter an ink pen provided for use marking his\her ballot.
   e) Instruct voter on voting procedure.  **INFORM VOTER THAT THEY CANNOT SPLIT (cross-over) PARTIES,** if they do so that portion of ballot will be voided.
          ***\*\*PRIMARY ELECTION ONLY\*\****
   f) Inform voter that if the ballot is not initialed by an election official, it will be invalidated; to protect their right to vote, the voter should

1

observe the initialing.

g) Direct voter to available booth.

h) After completing the ballot, **the voter** should put the ballot in scanner.

i) If the ballot has an error – crossover vote, over vote, or blank ballot –
   the scanner will beep and hold the ballot.

j) The voter, or Inspector or Judge if providing assistance, should read the
   message on the display screen. The scanner gives the voter two
   options:

- Accept – which allows the ballot to be scanned as is.
- Reject – Allows the voter to get their ballot back to make the
   necessary correction.

k) The Inspector or Judge if providing assistance, should tell the voter
   what will happen with either the accept or reject option and then
   allow the voter to push the button they desire.

l) If the voter wants the ballot accepted as cast, the following happens:

- Crossover – the entire 'party' ballot is ignored.
- Over-vote – the race or races that have over-votes are
   ignored.

m) If the voter rejects the ballot, the following happens:

   After pushing the reject button, the Inspector or Judge should stand
   back to ensure the secrecy of the ballot if providing assistance.
   The voter retrieves the ballot and makes corrections.  Any correction
   will involve getting a new ballot. The 'rejected' ballot then becomes
   'spoiled'.

**Remember an elector has 3 tries to correct the ballot.**

9) When polls close:

   a) Voters in line at close of polls must be allowed to vote.

   ### Begin Ballot Certification Process.

   b) Count, wrap, and seal any VOID ballots.  Record the number of void
      ballots on the VOID BALLOT STICKER, and stick on the wrapper.
      Also record number of void ballots on the ballot certification sheet
      (voided by election board).

   c) Count, wrap, and seal any SPOILED ballots.  Record the number of
      spoiled ballots on the SPOILED BALLOT STICKER, and stick on
      wrapper. Also record the number of spoiled ballots on the ballot
      certification sheet (voter mistake).

*REMEMBER ONLY A VOTER CAN SPOIL A BALLOT, AND ONLY THE
ELECTION BOARD CAN VOID A BALLOT.*

   d) Count, wrap, and seal all UNVOTED BALLOTS separately.   Record the
      number of unvoted ballots on the UNVOTED BALLOT STICKER, and

stick on wrapper.  Also record the number of unvoted ballots on the ballot  certification sheet.  Address the unvoted ballots to the County Auditor using a pen -- also indicate the precinct name and number and the date of election.  Be sure to identify these packages as UNVOTED BALLOTS.

e)  **Follow M100 check list for CLOSING the POLLS.**
Sign both copies of final report and leave in the scanner.
Open the ballot box and remove the voted ballots.  The number of voted ballots is shown on the scanner and printed report.
Segregate all WRITE-IN VOTES.  Count and tally the write-in votes.  Wrap and seal all voted ballots.  Record the number of voted ballots on the Ballot Certification sheet. If during this counting process you find **ballots that are not initialed, place them on top of the pile and advise the auditor so that they can be removed from the count.**

f) At this point, be sure that the number of ballots returned (spoiled, voided, voted, and unvoted) equals the number of ballots received from the Auditor.  Also, be sure that the number of voters listed in the poll book is equal to the number of voted ballots found in the ballot box.

g) Remove all maps and posters from the precinct.  Take down voting machines.  Place all supplies in supply box and return to Auditor's Office.  RETURN TAN BOOKS IN SUPPLY BOX.

h) Inspectors and Judges deliver the **PCMCIA Card**, wrapped ballots in the locked ballot box, and supplies to the Auditor's Office.  Be sure the Election cost bills are completed and turned in before leaving.

*CALL AUDITORS OFFICE IF IT WILL TAKE YOU LONGER THAN 11:00PM TO FINISH BALLOT COUNTING AND CLEANUP AFTER THE POLLS CLOSE*

<u>VOTE-BY-MAIL BALLOTS</u> – Vote-by-mail ballots may be in your ballot box, given to the Inspector prior to the election, or delivered on Election Day.  Count all vote-by-mail ballots furnished to your precinct and enter the number on your Ballot Certification Form.  The Judges shall then compare the signatures on the application with the signature on the outside of the envelope containing the vote-by-mail ballot.  If all is found proper, the Clerks shall enter the name in the poll books, the Judges will open the envelope, remove the ballot, INITIAL the ballot as all other ballots, BACK FOLD the ballot, and deposit it in the ballot box.  In handling vote-by-mail ballots, be sure <u>not</u> to view the way in which the ballot is voted.

If the signatures do not correspond, or if the applicant is not a duly qualified voter of the precinct, a member of the election board will, without opening the ballot, mark "rejected as defective" or "rejected as not a voter" on the ballot and place it in the envelope provided for void ballots.  Those vote-by-mail ballots, for other reasons that are not valid, should be returned to the Auditor for forwarding to the Canvassing Board.  ONLY ACCEPT VOTE-BY-MAIL BALLOTS FROM THE AUDITOR OR HER REPRESENTATIVE (deputy sheriff).

### EMERGENCY NUMBERS:

COUNTY AUDITOR            745-3292
STATES ATTORNEY          745-3518
SHERIFF                         745-3333
 Rate of pay:  $13.00 per hour
                 Mileage will be paid at a rate of $.55\mile.

******* **REMEMBER TO INITIAL ALL BALLOTS, including VOTE-BY-MAIL**

## ELECTION WORKERS DO'S and DON'TS

**DO'S:**
Sign oaths of office (inside poll books)
Post election material--i.e., voting instructions, sample ballots, precinct maps, analysis, etc.
Inspect ballot box before voters start voting.
Open polls on time.
Greet the voter by asking for name and I.D.
          **\*No one is allowed to vote without an acceptable form of ID\***
Enter voters name in poll books.
Initial the ballot in front of voter.
Inspector and judges instruct voters on voting procedures if they appear confused.
Both judges should assist handicapped voters when necessary or allow person to select
their own assistance.
After opening the vote-by-mail ballots, initial ballot, and then enter names into poll books.
      If O.K., then place in ballot box.
Check ballot for initials before putting into ballot box.
Close polls on time  -  those in line at the time should be allowed to vote.
Compare ballot totals to poll books.
Return ballots, supplies and materials to County Auditor.
Report suspected violations to the States Attorney.

**DON'TS:**
Don't allow any campaign buttons or badges at polls.
Don't allow any campaigning at polls.
Don't allow ballots to leave the polling place.
Don't allow more than one voter in a booth except those legally allowed to be there.
Don't leave premises while working as an election official.
Don't allow anyone to interfere at polling place.
Don't accept vote-by-mail ballots from anyone except the County Auditor or her
      representative.
Don't allow vote-by-mail voters to vote in person.
Don't discuss issues or candidates when assisting a voter (Judges).

4

# Cavalier County Guidance

# Vote By Mail Process

## <u>DAY 1</u>

1. **ALL** – Sign Oath of Office and review processes

2. **JUDGES** - Compare signatures between the absentee ballot and the application submitted.
   - ☐ Signatures match – envelope is opened by **Judge**
     - ❖ **JUDGE** – place secrecy envelope containing ballot in tub
       1. Keep count of ballots using batches of 100
       2. Try to confirm ballot is enclosed through touch and/or weight of secrecy envelope
   - ☐ Signatures DON'T match – Ballot is placed in separate envelope by **Inspector** to be reviewed at Canvassing.
   - ☐ Judge gives voter envelope to **Clerk**

3. **CLERK** - mark voter name in pollbook with number sticker and place voter envelope in alphabetical order in tub.

4. **ALL** – Once all voter envelopes are opened, verify the number of secrecy envelopes/ballots match the number of voters marked in pollbook.

***DAY 1 COMPLETE!***

## DAY 2

1. **ALL** - Begin opening secrecy envelopes and placing ballots in stacks of 100.

2. **AUDITOR'S OFFICE** will bring in any additional ballots that have arrived by mail.
   - ☐ *See Process of DAY 1*

3. Once _ALL_ ballots have been separated and stacked, **INSPECTOR** will verify the number in pollbook matches the number of ballots

4. Voting machine is brought in
   - ☐ **INSPECTOR** – check all compartments to ensure they are empty
   - ☐ Open polls and ensure all totals are zero
   - ☐ Tape is signed by **Judges** and **Inspector**.

5. **INSPECTOR** and **JUDGES** – feed ballots into the machine
   - ☐ Verify number on machine after each stack of 100 ballots is entered
   - ☐ Accept all ballots with cross-over votes, blank ballots, over-votes, etc…
   - ☐ Place ballots that will not feed aside until all other ballots are entered
     - ❖ **CLERK** will duplicate all damaged ballots on new ballots and _SPOIL originals_
       - ✓ Place SPOILED ballots in marked envelope
     - ❖ **INSPECTOR** and **JUDGES** will feed new ballots into machine

6. When all ballots have been entered, **JUDGES** will compare numbers from pollbook and machine.

7. Once all totals are confirmed, **INSPECTOR** will close polls
   - ☐ Tape is signed again by **Judges** and **Inspector**    **\*\* (3 times)**
   - ☐ Seal tape & election card in marked envelope

5. **CLERKS** – Tally all write-in votes in back of pollbooks.
   - ☐ Note the specific race and document **all** write-in candidates

6. **JUDGES** - Place ballots in separate tubs
   - ☐ Ballots with WRITE-IN's
   - ☐ Ballots WITHOUT WRITE-IN's

7. **INSPECTOR** – Mark tubs with appropriate documentation, sign, and seal with tape.

8. **ALL** – Complete Election Cost voucher
   - ☐ Individual Worker's Info
     - ❖ Name & Address
     - ❖ Total hours worked (*including training hours*)
     - ❖ Mileage (*if applicable*) for training dates only
   - ☐ Total Vote by Mail Votes Cast
   - ☐ **ALL** sign voucher

***DAY 2 COMPLETE!***