# EXHIBIT 25

District 17 - Absentees rejected by the Canvassing Board - November 13, 2018

| Name | Reason |
|---|---|
| Cory Blayne Aaker | signatures don't match |
| Brian James Capouch | signatures don't match |
| Daniel Staver | signatures don't match |
| Donald V Raaum | signatures don't match |
| Gerald Dean Flom | signatures don't match |
| Kourtney Karen Culver | signatures don't match |
| Laura Jacqueline Polovitz | no signature on app |
| Lee Michael Lynner | signatures don't match |
| Maria Romo | signatures don't match |
| Michelle Lynn Garske | signatures don't match |
| Nicholas Hastings Geiger | signatures don't match |
| Rachel Catherine Trenne | signatures don't match |
| Rene Fredstrom | signatures don't match |
| Robbie Allen Johnson | signatures don't match |
| Robert Wood Frasier | signatures don't match |
| Sam W Robertson | signatures don't match |
| Shawn Verdean Peterson | signatures don't match |
| Stephanie Leigh Knutsvig | signatures don't match |
| Rebekah Ann Noyes | postmarked 11/6 |
| Karin Leigh Becker | postmarked 11/6 |
| Felicia Grissom | postmarked 11/6 |
| Connor Lee Hanson | postmarked 11/6 |
| Genevieve Harvey | postmarked 11/6 |

Total                                                                    23