UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| SELF ADVOCACY SOLUTIONS N.D., LEAGUE OF WOMEN VOTERS OF NORTH DAKOTA, MARIA FALLON ROMO,<br><br>Plaintiffs,<br><br>vs.<br><br>ALVIN JAEGER, in his official capacity as Secretary of State, DEBBIE NELSON, in her official capacity as County Auditor of Grand Forks County,<br><br>Defendant. | **NOTICE OF APPEARANCE**<br><br>Case No. 3:20-cv-00071 |

To:   The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Alvin Jaeger. Please serve all future documents on the undersigned attorney at the address below.

Dated this 12th day of May, 2020.

       State of North Dakota
       Wayne Stenehjem
       Attorney General

By:   /s/  David R. Phillips
       David R. Phillips
       Assistant Attorney General
       State Bar ID No. 06116
       Office of Attorney General
       500 North 9th Street
       Bismarck, ND 58501-4509
       Telephone (701) 328-3640
       Facsimile (701) 328-4300
       Email drphillips@nd.gov

Attorneys for Defendant Alvin Jaeger.