UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| Self Advocacy Solutions N.D., League of Women Voters of North Dakota, Maria Fallon Romo,<br><br>                Plaintiffs,<br><br>vs.<br><br>Alvin Jaeger, in his official capacity as Secretary of State, Debbie Nelson, in her official capacity as County Auditor of Grand Forks County,<br><br>                Defendants. | **PLAINTIFFS' CONSENTED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES, EXPENSES, AND COSTS**<br><br>Case No. 3:20-cv-00071 |

Pursuant to Fed. R. Civ. P. 54(d)(2)(B) and Local Rule 54.1, Plaintiffs respectfully seek an extension of time to file a motion for attorneys' fees, expenses, and costs in this matter to permit the parties time to discuss the possibility of resolving the matter without the need for further action by the Court. Plaintiffs' motion is currently due on September 11, 2020; Plaintiffs request that the deadline to file their motion be extended to September 25, 2020.

The Secretary's counsel has indicated that he consents to the filing of this motion.

September 2, 2020

| | |
|---|---|
| By:   /s/ Mark Gaber<br>      Mark Gaber<br>      Danielle Lang*<br>      Dana Paikowsky*#<br>      Aseem Mulji*#<br>      CAMPAIGN LEGAL CENTER<br>      1101 14th Street NW, Suite 400<br>      Washington, DC 20005<br>      Telephone: (202) 736-2200<br>      mgaber@campaignlegal.org<br>      dlang@campaignlegal.org<br>      dpaikowsky@campaignlegal.org<br>      amulji@campaignlegal.org | By:   /s/ Derrick Braaten<br>      Derrick Braaten<br>      Derrick Braaten (ND#06394)<br>      Carey Goetz (ND #05958)<br>      BRAATEN LAW FIRM<br>      109 North 4th Street, Suite 100<br>      Bismarck, ND 58501<br>      Telephone: (701) 221-2911<br>      derrick@braatenlawfirm.com<br>      carey@braatenlawfirm.com<br><br>      /s/ Sarah M. Vogel<br>      Sarah M. Vogel (ND#03964) |

| | |
|---|---|
| * Admitted *pro hac vice*<br># Licensed in CA only; supervision by<br>Danielle Lang, a member of the D.C. Bar | SARAH VOGEL LAW FIRM<br>P.O. Box 385<br>Bismarck, ND 58502-0385<br>Telephone: (701) 355-6521<br>sarahvogellaw@gmail.com |

Attorneys for Plaintiffs