UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| Self Advocacy Solutions N.D., League of Women Voters of North Dakota, Maria Fallon Romo,<br><br>                    Plaintiffs,<br><br>vs.<br><br>Alvin Jaeger, in his official capacity as Secretary of State, Debbie Nelson, in her official capacity as County Auditor of Grand Forks County,<br><br>                    Defendants. | **PLAINTIFFS' CONSENTED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES, EXPENSES, AND COSTS**<br><br>Case No. 3:20-cv-00071 |

Pursuant to Fed. R. Civ. P. 54(d)(2)(B) and Local Rule 54.1, Plaintiffs respectfully seek an extension of time to file a motion for attorneys' fees, expenses, and costs in this matter until October 16, 2020. The Court previously extended the deadline to September 25, 2020. Plaintiffs have provided information related to fees and costs for the Secretary's consideration, but understand that that Secretary's workload related to the upcoming election has affected the ability to consider the issue. In order to permit the parties an opportunity to attempt to resolve the issue without the need for further litigation, the parties request an extension of time for Plaintiffs to file a motion for attorneys' fees and costs until October 16, 2020.

The Secretary's counsel has indicated that he consents to the filing of this motion.

September 24, 2020

By:   /s/ Mark Gaber
       Mark Gaber
       Danielle Lang*
       Dana Paikowsky*#
       Aseem Mulji*#
       CAMPAIGN LEGAL CENTER
       1101 14th Street NW, Suite 400

By:   /s/ Derrick Braaten
       Derrick Braaten
       Derrick Braaten (ND#06394)
       Carey Goetz (ND #05958)
       BRAATEN LAW FIRM
       109 North 4th Street, Suite 100
       Bismarck, ND 58501

<div style="display: flex;">

Washington, DC 20005
Telephone: (202) 736-2200
mgaber@campaignlegal.org
dlang@campaignlegal.org
dpaikowsky@campaignlegal.org
amulji@campaignlegal.org

\* Admitted *pro hac vice*
\# Licensed in CA only; supervision by
Danielle Lang, a member of the D.C. Bar

Telephone: (701) 221-2911
derrick@braatenlawfirm.com
carey@braatenlawfirm.com

/s/ Sarah M. Vogel
Sarah M. Vogel (ND#03964)
SARAH VOGEL LAW FIRM
P.O. Box 385
Bismarck, ND 58502-0385
Telephone: (701) 355-6521
sarahvogellaw@gmail.com

</div>

<center>Attorneys for Plaintiffs</center>