IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| SELF ADVOCACY SOLUTIONS N.D., LEAGUE OF WOMEN VOTERS OF NORTH DAKOTA, MARIA FALLON ROMO,<br><br>     Plaintiffs,<br><br>     v.<br><br>ALVIN JAEGER, in his official capacity as Secretary of State, DEBBIE NELSON, in her official capacity as County Auditor of Grand Forks County,<br><br>     Defendants. | Case No. 3:20-cv-00071 |

## JOINT MOTION FOR ENTRY OF AN ORDER ON ATTORNEY FEES AND COSTS

  Plaintiffs and Defendant Alvin Jaeger (the "Secretary") (collectively, "the Parties") respectfully submit this notice of settlement and request for an order on attorney fees and costs. The Parties agree that Plaintiffs are prevailing parties in this matter entitled to their reasonable attorneys' fees and costs. *See* 42 U.S.C. § 1988. The Parties have conferred and agree that a total sum of $97,500 is a reasonable amount. The Parties respectfully request the Court enter an Order requiring the Secretary to pay the proceeds as follows: (1) Sarah Vogel: $6,568.30, (2) Braaten Law Firm: $6,494.41, (3) Campaign Legal Center: $84,437.29.

  A proposed order to this effect is attached.

Dated this 16th day of October, 2020.

  State of North Dakota
  Wayne Stenehjem
  Attorney General

1

By:   /s/ Matthew A. Sagsveen
      Matthew A. Sagsveen
      Solicitor General
      State Bar ID No. 05613
      Office of Attorney General
      500 North 9th Street
      Bismarck, ND 58501-4509
      Telephone (701) 328-3640
      Facsimile (701) 328-4300
      Email masagsve@nd.gov

By:   /s/ David R. Phillips
      David R. Phillips
      Assistant Attorney General
      State Bar ID No. 06116
      Office of Attorney General
      500 North 9th Street
      Bismarck, ND 58501-4509
      Telephone (701) 328-3640
      Facsimile (701) 328-4300
      Email drphillips@nd.gov

*Attorneys for Defendant.*

By:   /s/ Mark P. Gaber
      Mark Gaber
      Danielle Lang*
      Dana Paikowsky*#
      Aseem Mulji*#
      CAMPAIGN LEGAL CENTER
      1101 14th Street NW, Suite 400
      Washington, DC 20005
      Telephone: (202) 736-2200
      mgaber@campaignlegal.org
      dlang@campaignlegal.org
      dpaikowsky@campaignlegal.org
      amulji@campaignlegal.org

      * Admitted *pro hac vice*
      # Licensed in CA only; supervision by Danielle Lang, a member of the D.C. Bar

By:   /s/ Derrick Braaten
      Derrick Braaten
      Derrick Braaten (ND#06394)
      Carey Goetz (ND #05958)
      BRAATEN LAW FIRM
      109 North 4th Street, Suite 100
      Bismarck, ND 58501
      Telephone: (701) 221-2911
      derrick@braatenlawfirm.com
      carey@braatenlawfirm.com

      /s/ Sarah M. Vogel
      Sarah M. Vogel (ND#03964)
      SARAH VOGEL LAW FIRM
      P.O. Box 385
      Bismarck, ND 58502-0385
      Telephone: (701) 355-6521
      sarahvogellaw@gmail.com

*Attorneys for Plaintiffs*