IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| SELF ADVOCACY SOLUTIONS N.D., LEAGUE OF WOMEN VOTERS OF NORTH DAKOTA, MARIA FALLON ROMO,<br><br>Plaintiffs,<br><br>v.<br><br>ALVIN JAEGER, in his official capacity as Secretary of State, DEBBIE NELSON, in her official capacity as County Auditor of Grand Forks County,<br><br>Defendants. | Case No. 3:20-cv-00071 |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' and the Secretary's joint motion for entry of an order on attorneys' fees and costs. The Parties stipulate, and the Court agrees, that Plaintiffs are prevailing parties entitled to their reasonable attorneys' fees and costs. *See* 42 U.S.C. § 1988. The Parties stipulate, and the Court agrees, that $97,500 is a reasonable amount. The Secretary is ORDERED to pay the proceeds as follows: (1) Sarah Vogel: $6,568.30, (2) Braaten Law Firm: $6,494.41, (3) Campaign Legal Center: $84,437.29.

IT IS SO ORDERED.

Dated _____          _____
                                      Peter D. Welte, Chief Judge
                                      United States District Court