# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| Self Advocacy Solutions N.D., League of Women Voters of North Dakota, and Maria Fallon Romo, <br><br>    Plaintiffs,<br><br>vs.<br><br>Alvin Jaeger, in his official capacity as Secretary of State, and Debbie Nelson, in her official capacity as County Auditor of Grand Forks County,<br><br>    Defendants. | **ORDER FOR ATTORNEY FEES AND COSTS**<br><br>Case No. 3:20-cv-00071 |

Before the Court is a motion for entry of an order for attorneys' fees and costs filed jointly by the Plaintiffs and Defendant Alvin Jaeger (the "Secretary") on October 16, 2020. Doc. No. 42. The parties stipulate, and the Court agrees, that the Plaintiffs are prevailing parties entitled to their reasonable attorneys' fees and costs. See 42 U.S.C. § 1988. The parties further stipulate, and the Court agrees, that $97,500 is a reasonable amount. Accordingly, the Court **ORDERS** the Secretary to pay the proceeds as follows: (1) Sarah Vogel: $6,568.30, (2) Braaten Law Firm: $6,494.41, and (3) Campaign Legal Center: $84,437.29. The Clerk of Court is directed to enter a corresponding amended judgment.

    **IT IS SO ORDERED**.

Dated this 23rd day of October, 2020.

                                                  */s/ Peter D. Welte*
                                                Peter D. Welte, Chief Judge
                                                United States District Court